JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACORI ENTERPRISES,<br><br>               Plaintiff,<br><br>   v.<br><br>KATTAN DIAMONDS AND JEWELRY INC.,<br><br>              Defendants. | Case No. CV 17-1817-GW(AJWx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.

Dated: September 21, 2017

                                        _____
                                        HONORABLE GEORGE H. WU
                                        UNITED STATES DISTRICT JUDGE